UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA KRAUSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. LEGAL SUPPORT, a Texas Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | No. 5:19-cv-02397-JAK-SHK<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 15)**<br><br>**JS-6** |

  Based on a review of the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and the claims and causes of action asserted herein by Plaintiff Tina Krauss are DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs. In light of the foregoing, the hearing previously scheduled for January 25, 2021, is vacated.

1
2  **IT IS SO ORDERED.**
3
4  January 21, 2021
   DATE                                          John A. Kronstadt
5                                                 United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2